UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRUCE E. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:11 CV 21 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration.  This matter was referred to United States Magistrate Judge Frederick R. Buckles for a Report and Recommendation pursuant to 28 U.S.C. § 636(b).  On February 29, 2012, Magistrate Judge Buckles filed his recommendation that the decision of the Commissioner be reversed and the cause remanded for further proceeding consistent with the Report and Recommendation.  Any written objections to the Report and Recommendation were to be filed no later than March 14, 2012.  No objections to the report and recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Buckles set forth in support of his recommended ruling noted in the Report and Recommendation of February 29, 2012 and will reverse the decision of the Commissioner and this cause will be remanded for further proceedings consistent with the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated February 29, 2012 [#21] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2012.